COMMONWEALTH of Pennsylvania, Respondent

v.

Geoffrey M. WILLIAMS, Petitioner.

Supreme Court of Pennsylvania.

March 1, 2013.

### ORDER

PER CURIAM.

AND NOW, this 1st day of March, 2013, the Petition for Allowance of Appeal is DENIED. Petitioner's Motion to Stay Consideration of Allocatur for Purpose of Military Deployment is also DENIED.